UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


LINDA ROBINSON,

       **Plaintiff,**

**vs.**                      **CASE NO.: 6:22-cv-01520**

SCHWERMAN TRUCKING
COMPANY and RICKY
KENNEDY,

       **Defendants.**

_____  /

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I HEREBY DISCLOSE the following pursuant to this Court's Order on

Interested Persons and Corporate Disclosure:


1)    The name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in a party to this

action or in the outcome of this action, including subsidiaries, conglomerates,

affiliates, parent corporations, publicly-traded companies that own 10% or more

of a party's stock, and all other identifiable legal entities related to a party in the

case:

       **LINDA ROBINSON**

       **MATTHEW McKIE, ESQUIRE/Morgan & Morgan, P.A.**

**MORGAN AND MORGAN, P.A.**

**SCHWERMAN TRUCKING COMPANY**

**RICKY KENNEDY**

**HUNTER PHILLIPS, ESQUIRE/Carr Allison**

**HEATH VICKERS, ESQUIRE/Carr Allison**

**CARR ALLISON**

**ORLANDO REGIONAL MEDICAL CENTER**

**RADIOLOGY SCIENCE INSTITUTE**

**EMER        GENCY PHYSICIANS OF CENTRAL FLORIDA**

**ENCOMPASS CHIROPRACTIC**

**STAND UP MRI ORLANDO**

**IMPERIAL ORTHOPEDIC & SPINE CENTER**

**MED CAP FUNDING, LLC**

**HEALTH ONE MEDICAL CENTER**

2)    The name of every other entity whose publicly-traded stock, equity, or debt may

be substantially affected by the outcome of the proceedings:

      **NONE**

3)    The name of every other entity which is likely to be an active participant in the

proceedings, including the debtor and members of the creditors' committee (or if

no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

      **NONE**

4)      The name of each victim (individual or corporate), including every person who

may be entitled to restitution:

**LINDA ROBINSON**

5)      I certify that I am unaware of any actual or potential conflict of interest involving

the District Judge and Magistrate Judge assigned to this case and will immediately

notify the Court in writing upon learning of any such conflict.

Dated:  **September 12, 2022**          */s/ Matt McKie*
                                        Matt McKie, Esquire
                                        FBN 1025241
                                        Morgan & Morgan, P.A.
                                        20 N. Orange Avenue, Suite 1600
                                        Orlando, FL 32801
                                        Telephone:   (407) 420-1414
                                        Facsimile:    (407) 204-2186
                                        Primary email: mmckie@forthepeople.com
                                        Secondary email:
                                        lfeliciano@forthepeople.com
                                        Attorney for Plaintiff

I HEREBY CERTIFY that on the above referenced date I electronically

forwarded a copy of the foregoing this same day via Email to:  Hunter W. Phillips,

Esquire of CARR ALLISON, 208 North Laura Street, Suite 1100, Jacksonville, FL

32202            [hvikers@carrallison.com;            hphillips@carrallison.com;

asharpe@carrallison.com; nwelsh@carrallison.com].